11460                                                          1

En el Tribunal Supremo de Puerto Rico

| IN RE:<br><br>ALFONSO RAMOS TORRES | 99TSPR71 |
| --- | --- |

Número del Caso: 11460

Abogados de la Parte Querellante: LCDA. MADY PACHECO GARCIA DE LA NOCEDA
DIRECTORA EJECUTIVA COLEGIO DE ABOGADOS

Abogados de la Parte Querellada: POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 5/7/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alfonso Ramos Torres

11460

RESOLUCION

San Juan, Puerto Rico, a 7 de mayo de 1999.

El pasado 12 de marzo de 1999, mediante Opinión Per Curiam, suspendimos al Lcdo. Alfonso Ramos Torres del ejercicio de la profesión de abogado por no haber satisfecho la cuota anual del Colegio de Abogados y haber hecho caso omiso a nuestras notificaciones remitidas por correo certificado a su dirección en récord.

El 23 de marzo de 1999, Ramos Torres nos solicitó su reinstalación, exponiendo que la falta de pago de la cuota se debió a una inadvertencia ya que dejó la práctica privada de la abogacía y se ha dedicado al servicio público. También adujo que nunca fue notificado de las resoluciones dictadas por el Tribunal debido a que no cumplió con su deber de notificar el cambio que hubo en su dirección de récord.

A la luz de lo antes expuesto, no procede reconsiderar la suspensión original decretada, que fue efectiva el día de la notificación. En su lugar, limitamos la suspensión al período de tiempo transcurrido y reinstalamos a la abogacía al Lcdo. Ramos Torres hoy.

Se le apercibe al Lcdo. Ramos Torres del estricto cumplimiento en el futuro de sus responsabilidades como abogado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Juez Asociada señora Naveira de Rodón no intervinieron.


                                    Isabel Llompart Zeno
                                 Secretaria Tribunal Supremo